IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

PAUL D. CISNEROS
on behalf of W.J.C., a minor

vs.                                                    CIVIL ACTION NO. 2:12cv16-KS-MTP

MICHAEL J. ASTRUE
Commissioner of Social Security

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation
of the United States Magistrate Judge entered herein on February 6, 2013, after referral
of hearing by this Court, no objections having been filed as to the Report and
Recommendation, and the Court, having fully reviewed the same as well as the record
in this matter, and being duly advised in the premises, finds that said Report and
Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and
the same hereby is, adopted as the finding of this Court, and the Commissioner's
Motion to Affirm [10] should be granted and the Denial of Benefits confirmed. Plaintiff's
Motion for Summary Judgment [7] be and the same is, hereby, denied.

This case is dismised with prejudice.  A Final Judgment will be entered herein in
accordance with this Order as required by Rule 58 of the Federal Rules of Civil
Procedure.

SO ORDERED, this the 26th day of March, 2013.

s/Keith Starrett
UNITED STATES DISTRICT JUDGE